UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-00289-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| UNDIA FENNE SHARPE, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, defendant, UNDIA FENNE SHARPE, Motion to Seal Motion is hereby GRANTED.

SO ORDERED, this the **27** day of April 2022.

James C. Dever III
United States District Judge