UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-00289-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>UNDIA FENNE SHARPE, )<br>)<br>Defendant. ) | ORDER |

For good cause shown, defendant, UNDIA FENNE SHARPE, Motion to Seal Motion is hereby GRANTED.

SO ORDERED, this the __19__ day of July 2022.

James C. Dever III
United States District Judge