IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21CR00289-004D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNDIA FENNE SHARPE, | ) | |
| | ) | |
| Defendant. | ) | |

UPON MOTION by the United States for an Order to Release funds:

IT IS ORDERED that the Bureau of Alcohol, Tobacco, Firearms, and Explosives turn over funds recovered from Undia Fenne Sharpe, in the amount of $1,201.00, to the financial section of the United States District Court Clerk's Office. The funds shall be applied to the outstanding monetary penalties ordered in this case.

SO ORDERED, this __1__ day of December, 2025.

JAMES C. DEVER III
United States District Judge